```
SHELITHA RENE' DIXON           CREDIT ACCEPTANCE            RENFROE & PERILLOUX
1529 ARCADIA LANE              ATTN: BANKRUPTCY             648 LAKELAND DR EAST
BRANDON, MS 39042              25505 WEST 12 MILE RD        STE A
                               STE 3000                     FLOWOOD, MS 39232
                               SOUTHFIELD, MI 48034

THOMAS C. ROLLINS, JR.         ENVIRO GUARD                 TRUSTMARK NATIONAL
THE ROLLINS LAW FIRM, PLLC     1283 SUNLAND DR              248 EAST CAPITOL ST
P.O. BOX 13767                 SAINT GEORGE, UT 84790       JACKSON, MS 39201
JACKSON, MS 39236

ADVANCE FINANCIAL              GREENFIELD STATION HOA
100 OCEANSIDE DRIVE            PO BOX 320248
NASHVILLE, TN 37204            FLOWOOD, MS 39232

CAMPBELL CREDIT                JORA CREDIT
3202 SERVICE DR                P.O. BOX 8407
PEARL, MS 39208                PHILADELPHIA, PA 19101

CC BANK                        KOALAFI
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
1835 W. STATE STREET           PO BOX 5518
PLEASANT GROVE, UT 84062       GLEN ALLEN, VA 23058

CFNA                           MAGNOLIA FEDERAL CU
ATTN: BANKRUPTCY               ATTN: BANKRUPTCY
PO BOX 81315                   240 BRIARWOOD DR.
CLEVELAND, OH 44181            JACKSON, MS 39206

CHRISHUNA WILLIAMS             MERRICK BANK CORP
1529 ARCADIA LANE              PO BOX 9201
BRANDON, MS 39042              OLD BETHPAGE, NY 11804

CONCORA CREDIT                 MISSION LANE/WEBBANK
ATTN: BANKRUPTCY               PO BOX105286
PO BOX 4477                    ATLANTA, GA 30348
BEAVERTON, OR 97076

CONN'S HOMEPLUS                MS DEPT OF REVENUE
ATTN: BANKRUPTCY               BANKRUPTCY SECTION
2445 TECHNOLOGY FOREST         PO BOX 22808
THE WOODLANDS, TX 77381        JACKSON, MS 39225-2808
```