

**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: March 26, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                     CHAPTER 13:

SHELITHA RENE' DIXON                          CASE NO. 26-00210-JAW

### ORDER WITHDRAWING OBJECTION TO
### CONFIRMATION OF CHAPTER 13 PLAN

**THIS MATTER** came before the Court on the Trustee's Objection to Confirmation of Plan (Docket #16). The Court, having fully considered the matter, is advised that the Trustee requests to withdraw the Objection the issues presented in the Objection have been resolved.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Trustee's Objection to Plan Confirmation is hereby withdrawn.

**##END OF ORDER##**

**SUBMITTED BY:**

/s/Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com