**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                             **CHAPTER 13:**

**SHELITHA RENE' DIXON**                                  **CASE NO. 26-00210- JAW**

**<u>TRUSTEE'S MOTION TO DISMISS FOR BAD FAITH FILING</u>**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee, and files this Motion to Dismiss for Bad Faith Filing and in support thereof, would show unto the Court the following:

1. Both the Bankruptcy Code and case law emphasize the importance of good faith in bankruptcy proceedings. The Fifth Circuit recognized "[e]very bankruptcy statute since 1898 has incorporated literally, or by judicial interpretation, a standard of good faith for the commencement, prosecution, and confirmation of bankruptcy proceedings."[1]

2. The Debtor's petition was filed January 28, 2026.

3. The good faith standard "furthers the balancing process between the interests of debtors and creditors which characterizes so many provisions of the bankruptcy laws is necessary to legitimize the delay and costs imposed upon parties to a bankruptcy."[2]

4. The Court may dismiss a Chapter 13 case for cause.

5. Lack of good faith is sufficient grounds for dismissal of a case under Section 1307(c).[3]

6. Cavalry SPV I, LLC as assignee of Citibank, N.A./The Home Depot (Claim 9-1) timely filed a Proof of Claim on April 7, 2026, evidencing a secured claim.

---

[1] In re Little Creek Dev. Co., 779 F.2d 1068, 1072 (5th Cir. 1986).

7. The Plan and Schedules do not include or propose treatment for Cavalry SPV I, LLC.

8. The Debtor should be required to modify the plan and schedules to include and provide appropriate treatment for the secured claim prior to any hearing on this Motion or this case should be dismissed.

WHEREFORE, PREMISES CONSIDERED, the Trustee prays this Motion be received and filed and at the hearing hereon an Order be entered dismissing this case, alternatively, require the Debtor to modify the plan and schedules to include and provide appropriate treatment for Cavalry SPV I, LLC as assignee of Citibank, N.A./The Home Depot (Claim 9-1) prior to any hearing on this Motion or this case should be dismissed; and any further general relief to which the Trustee and this bankruptcy estate may be entitled.

 DATED:  April 17, 2026

Respectfully Submitted,

/s/ *Semoune Ellis*
Semoune Ellis MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Fax: (601) 981-1983
Email: sellis@tpmartinch13.com

---

[2] Id. at 1072.
[3] In re Beauty, 42 B.R. 655 (Bankr.E.D.La.1984).

## CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day electronically filed a true and correct copy of the above and foregoing Motion to the following, all by United States mail, postage prepaid and/or electronic, ECF filing: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtors:**

Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
        jennifer@therollinsfirm.com

**All parties listed on the Plan Matrix**

DATED: April 17, 2026

/s/ *Semoune Ellis*
 Semoune Ellis