## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                        CHAPTER 13:

SHELITHA RENE' DIXON                                 CASE NO. 26-00210- JAW

### ORDER GRANTING TRUSTEE'S MOTION TO DISMISS
### FOR BAD FAITH FILING

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss for

Bad Faith Filing (Docket #21).  Thus, having fully considered the matter, the Court finds

the Trustee's Motion to Dismiss for Bad Faith Filing should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion

to Dismiss for Bad Faith Failing is hereby granted.

### ##END OF ORDER##

SUBMITTED BY:

/s/ *Semoune Ellis*
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com