Label Matrix for local noticing
0538-3
Case 26-00210-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Fri Apr 17 14:01:36 CDT 2026

(p)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

Advance Financial
100 Oceanside Drive
Nashville, TN 37204-2351

CC Bank
Attn: Bankruptcy
1835 W. State Street
Pleasant Grove, UT 84062-4038

CFNA
Attn: Bankruptcy
Po Box 81315
Cleveland, OH 44181-0315

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181-8011

Campbell Credit
3202 Service Dr
Pearl, MS 39208-3527

Cavalry SPV I, LLC
PO Box 4252
Greenwich, CT 06831-0405

Chrishuna Williams
1529 Arcadia Lane
Brandon, MS 39042-6090

Concora Credit
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Conn's HomePlus
Attn: Bankruptcy
2445 Technology Forest
The Woodlands, TX 77381-5205

Credit Acceptance
Attn: Bankruptcy
25505 West 12 Mile Rd
Ste 3000
Southfield, MI 48034-8331

Enviro Guard
1283 Sunland Dr
Saint George, UT 84790-6882

Greenfield Station HOA
PO Box 320248
Flowood, MS 39232-0248

(p)HUNTINGTON NATIONAL MANAGEMENT LLC
ATTN STANLEY KUBIAK
PO BOX 1158
HAMBURG NY 14075-9158

Intercoastal Financial Llc
7954 Transit Rd #136X
Williamsville, NY 14221-4117

James Eldred Renfroe
Renfroe & Perilloux, PLLC
For Trustmark Bank
648 Lakeland East, Suite A
Flowood, MS 39232-9574

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

(p)JORA CREDIT
7701 LAS COLINAS RIDGE SUITE #650
IRVING TX 75063-8114

Koalafi
Attn: Bankruptcy
Po Box 5518
Glen Allen, VA 23058-5518

MS Dept of Revenue
Bankruptcy Section
PO Box 22808
Jackson, MS 39225-2808

Magnolia Federal CU
Attn: Bankruptcy
240 Briarwood Dr.
Jackson, MS 39206-3027

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Mission Lane/webbank
Po Box105286
Atlanta, GA 30348-5286

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Renfroe & Perilloux
648 Lakeland Dr East
Ste A
Flowood, MS 39232-9574

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Shelitha Rene' Dixon
1529 Arcadia Lane
Brandon, MS 39042-6090

Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankrupt
200 North Congress Street, Ste. 400
Jackson, MS 39201-1902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Trustmark Bank
P.O. Box 522
Jackson, MS 39205

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD
SOUTHFIELD, MI 48034

Huntington National Management LLC
P.O Box 1158
Hamburg, NY 14075

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Jora Credit
P.O. Box 8407
Philadelphia, PA 19101

(d)Trustmark Bank
P.O. Box 291
Jackson, MS. 39205

(d)Trustmark Bank
P.O. Box 522
Jackson, MS. 39205

(d)Trustmark National
248 East Capitol St
Jackson, MS 39201

End of Label Matrix
Mailable recipients    31
Bypassed recipients     0
Total                  31