

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13:

SHELITHA RENE' DIXON                          CASE NO. 26-00210- JAW

### ORDER WITHDRAWING TRUSTEE'S MOTION TO DISMISS

**THIS MATTER** came before the Court on the Trustee's Motion to Dismiss Debtor  for Bad Faith Filing (Docket #21). Thus, having fully considered the matter, is advised that the Trustee requests to withdraw the Trustee's Motion to Dismiss for Bad Faith Filing.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Dismiss for Bad Faith Filing is hereby withdrawn as the Debtor's Plan has been modified (Dockt #22) to provide treatment for Cavalry SPV I, LLC as assignee of Citibank, N.A./The Home Depot (Claim 9-1).

### ##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, Mississippi 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com