United States Bankruptcy Court

Southern District of Mississippi

In re:

Shelitha Rene' Dixon

     Debtor

Case No. 26-00210-JAW

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: hn002jaw | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelitha Rene' Dixon, 1529 Arcadia Lane, Brandon, MS 39042-6090 |
| 5616911 | + | Campbell Credit, 3202 Service Dr, Pearl, MS 39208-3527 |
| 5616914 | + | Chrishuna Williams, 1529 Arcadia Lane, Brandon, MS 39042-6090 |
| 5616918 | + | Enviro Guard, 1283 Sunland Dr, Saint George, UT 84790-6882 |
| 5616919 | + | Greenfield Station HOA, PO Box 320248, Flowood, MS 39232-0248 |
| 5620400 | + | James Eldred Renfroe, Renfroe & Perilloux, PLLC, For Trustmark Bank, 648 Lakeland East, Suite A, Flowood, MS 39232-9574 |
| 5616926 | + | Renfroe & Perilloux, 648 Lakeland Dr East, Ste A, Flowood, MS 39232-9574 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5616910 | + | Email/Text: bankruptcy@af247.com | Apr 20 2026 19:44:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5616912 | + | Email/Text: bankruptcy@ccbank.com | Apr 20 2026 19:44:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5616913 | + | Email/Text: BKPT@cfna.com | Apr 20 2026 19:44:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5627454 | | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2026 19:44:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5619768 | | Email/Text: BKPT@cfna.com | Apr 20 2026 19:44:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5648610 | + | Email/Text: bankruptcy@cavps.com | Apr 20 2026 19:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5616915 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 20 2026 19:44:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5616916 | + | Email/Text: bankruptcynotices@conns.com | Apr 20 2026 19:44:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, The Woodlands, TX 77381-5205 |
| 5616917 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 20 2026 19:44:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5648947 | | Email/Text: bankruptcy@huntingtonmgt.com | Apr 20 2026 19:44:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5628559 | + | Email/Text: gbechakas@outlook.com | Apr 20 2026 19:44:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5638874 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2026 19:44:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5616920 | | Email/Text: Bankruptcy@joracredit.com | Apr 20 2026 19:44:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |

District/off: 0538-3                                   User: mssbad                                           Page 2 of 3

Date Rcvd: Apr 20, 2026                               Form ID: hn002jaw                                       Total Noticed: 29

| | | | | |
|---|---|---|---|---|
| 5616921 | + Email/Text: inchargehq@westcreekfin.com | Apr 20 2026 19:44:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5616925 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 20 2026 19:44:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5616922 | + Email/Text: bankruptcy@magfedcu.org | Apr 20 2026 19:44:00 | Magnolia Federal CU, Attn: Bankruptcy, 240 Briarwood Dr., Jackson, MS 39206-3027 |
| 5616923 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2026 19:50:13 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5616924 | + Email/Text: ml-ebn@missionlane.com | Apr 20 2026 19:44:00 | Mission Lane/webbank, Po Box105286, Atlanta, GA 30348-5286 |
| 5639403 | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2026 19:44:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5620377 | Email/Text: bankruptcynotices@trustmark.com | Apr 20 2026 19:44:00 | Trustmark Bank, P.O. Box 291, Jackson, MS. 39205 |
| 5620808 | Email/Text: bankruptcynotices@trustmark.com | Apr 20 2026 19:44:00 | Trustmark Bank, P.O. Box 522, Jackson, MS. 39205 |
| 5616927 | Email/Text: bankruptcynotices@trustmark.com | Apr 20 2026 19:44:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 291, JACKSON MS 39205-0291, address filed with court:, Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                       Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shelitha Rene' Dixon trollins@therollinsfirm.com |

District/off: 0538-3                      User: mssbad                              Page 3 of 3
Date Rcvd: Apr 20, 2026                   Form ID: hn002jaw                         Total Noticed: 29

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form hn002jaw (Rev. 07/21)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

    **Shelitha Rene' Dixon**

          **DEBTOR.**

**CASE NO. 26–00210–JAW**

**CHAPTER 13**

**NOTICE OF HEARING AND DEADLINES**

The Trustee has filed a Motion to Dismiss for Bad Faith Filing (the "Motion") (Dkt. #21) with the Court in the above–styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on May 18, 2026, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before May 11, 2026 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the Hearing date.

Dated: 4/20/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601–608–4600

Courtroom Deputy
601–608–4642 (use to advise of settlement)
601–608–4693

<u>Parties Noticed</u>:

All Creditors and Parties Listed on the Mailing Matrix