United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                Case No. 26-00210-JAW

Shelitha Rene' Dixon                                                        Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: n031 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelitha Rene' Dixon, 1529 Arcadia Lane, Brandon, MS 39042-6090 |
| 5616911 | + | Campbell Credit, 3202 Service Dr, Pearl, MS 39208-3527 |
| 5616914 | + | Chrishuna Williams, 1529 Arcadia Lane, Brandon, MS 39042-6090 |
| 5616918 | + | Enviro Guard, 1283 Sunland Dr, Saint George, UT 84790-6882 |
| 5616919 | + | Greenfield Station HOA, PO Box 320248, Flowood, MS 39232-0248 |
| 5620400 | + | James Eldred Renfroe, Renfroe & Perilloux, PLLC, For Trustmark Bank, 648 Lakeland East, Suite A, Flowood, MS 39232-9574 |
| 5616926 | + | Renfroe & Perilloux, 648 Lakeland Dr East, Ste A, Flowood, MS 39232-9574 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5616910 | + | Email/Text: bankruptcy@af247.com | May 22 2026 19:52:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5616912 | + | Email/Text: bankruptcy@ccbank.com | May 22 2026 19:52:00 | CC Bank, Attn: Bankruptcy, 1835 W. State Street, Pleasant Grove, UT 84062-4038 |
| 5616913 | + | Email/Text: BKPT@cfna.com | May 22 2026 19:52:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5627454 | | Email/Text: ebnnotifications@creditacceptance.com | May 22 2026 19:52:00 | CREDIT ACCEPTANCE CORPORATION, 25505 W 12 MILE RD, SOUTHFIELD, MI 48034 |
| 5619768 | | Email/Text: BKPT@cfna.com | May 22 2026 19:52:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5648610 | + | Email/Text: bankruptcy@cavps.com | May 22 2026 19:52:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5616915 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | May 22 2026 19:52:00 | Concora Credit, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5616916 | + | Email/Text: bankruptcynotices@conns.com | May 22 2026 19:52:00 | Conn's HomePlus, Attn: Bankruptcy, 2445 Technology Forest, The Woodlands, TX 77381-5205 |
| 5616917 | + | Email/Text: ebnnotifications@creditacceptance.com | May 22 2026 19:52:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Rd, Ste 3000, Southfield, MI 48034-8331 |
| 5648947 | | Email/Text: bankruptcy@huntingtonmgt.com | May 22 2026 19:52:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5628559 | + | Email/Text: gbechakas@outlook.com | May 22 2026 19:52:00 | Intercoastal Financial Llc, 7954 Transit Rd #136X, Williamsville, NY 14221-4117 |
| 5638874 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 22 2026 19:52:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5616920 | | Email/Text: Bankruptcy@joracredit.com | May 22 2026 19:52:00 | Jora Credit, P.O. Box 8407, Philadelphia, PA 19101 |

District/off: 0538-3

User: mssbad

Page 2 of 3

Date Rcvd: May 22, 2026

Form ID: n031

Total Noticed: 29

| | | | | |
|---|---|---|---|---|
| 5616921 | + | Email/Text: inchargehq@westcreekfin.com | May 22 2026 19:52:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 5616922 | + | Email/Text: bankruptcy@magfedcu.org | May 22 2026 19:52:00 | Magnolia Federal CU, Attn: Bankruptcy, 240 Briarwood Dr., Jackson, MS 39206-3027 |
| 5616923 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 22 2026 19:52:34 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5616924 | + | Email/Text: ml-ebn@missionlane.com | May 22 2026 19:52:00 | Mission Lane/webbank, Po Box105286, Atlanta, GA 30348-5286 |
| 5616925 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | May 22 2026 19:52:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5639403 | | Email/Text: bnc-quantum@quantum3group.com | May 22 2026 19:52:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5620377 | | Email/Text: bankruptcynotices@trustmark.com | May 22 2026 19:52:00 | Trustmark Bank, P.O. Box 291, Jackson, MS. 39205 |
| 5620808 | | Email/Text: bankruptcynotices@trustmark.com | May 22 2026 19:52:00 | Trustmark Bank, P.O. Box 522, Jackson, MS. 39205 |
| 5616927 | | Email/Text: bankruptcynotices@trustmark.com | May 22 2026 19:52:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | TRUSTMARK NATIONAL BANK, P O BOX 291, JACKSON MS 39205-0291, address filed with court:, Trustmark Bank, P.O. Box 522, Jackson, MS 39205 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026

Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Eldred Renfroe | on behalf of Creditor Trustmark Bank jrenfroe@mslawfirm.biz  kridge@mslawfirm.biz;orenfroe@mslawfirm.biz |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | |

District/off: 0538-3                     User: mssbad                          Page 3 of 3
Date Rcvd: May 22, 2026                  Form ID: n031                         Total Noticed: 29

on behalf of Debtor Shelitha Rene' Dixon trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin

tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−00210−JAW
**Chapter:** 13

**In re:**

Shelitha Rene' Dixon
aka Shelithe Dixon
1529 Arcadia Lane
Brandon, MS 39042

Notice of Entry of Order Confirming Plan

The Court entered an Order on May 22, 2026 (Dkt. # 28 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: May 22, 2026

Danny L. Miller, Clerk of Court